ACCEPTED
03-14-00394-CR
4251003
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 3:42:53 PM
JEFFREY D. KYLE
CLERK

# JEFF PARKER LAW FIRM, PLLC

**JEFFREY D. PARKER**
attorney@jeffparkerlaw.com

**SUSAN L. PARKER**
sparker@jeffparkerlaw.com

MAILING ADDRESS
Post Office Box 660
Belton, Texas 76513-0660

WEBSITE ADDRESS
www.jeffparkerlaw.com

FACSIMILE
Number (254)939-7583

TOLL-FREE
Number (866)939-8373

TEMPLE
Charter Center Building
3000 South 31st Street
Third Floor, Suite 304
Telephone (254)598-4062

BELTON
Telephone (254)939-8373

KILLEEN
Telephone (254)616-9476

WACO
Telephone (254)870-0909

February 23, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/23/2015 3:42:53 PM

JEFFREY D. KYLE
Clerk

Honorable Jeffrey Kyle
Clerk of the Court
Third Court of Appeals
PO Box 12547
Austin, TX 78711-2547

Re: Marcus Dewanye Braggs vs. The State of Texas

Dear Mr. Kyle:

In accordance with the Texas Rules of Appellate Procedure, please allow this correspondence to serve as my certification that I have complied with the requirements set forth in Rule 48.4; specifically, the requirement to send a copy of this Court's opinion and judgment, along with notification to my client of my client's right to file a pro se petition for discretionary review in this case, within five (5) days after the date upon which the opinion was handed down.

The copies of the documents, and the notification of right to file a *pro se* PDR, was sent by me to my client using certified mail, return receipt requested, at my client's last known address. Further, I have attached a copy of the return receipt within the time for filing a motion for rehearing in this case.

Accordingly, I would request that you file this letter and the copy of the return receipt among the papers in your record of this appeal.

Thank you for your assistance with this matter. Should you have any questions or comments, please do not hesitate to contact me at your convenience.

Sincerely,

Jeffrey D. Parker

/jp
Enclosures (1)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARCUS DEWAYNE BRAGGS
TDCJ # 01436585
1500 E LANGDON RD
DALLAS TX 75241-7136

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Carolyn Polk_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  Carolyn Polk

C. Date of Delivery  2-20-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7014 2870 0001 7414 8185

PS Form 3811, July 2013          Domestic Return Receipt